UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NATASHA MAE NICELY-LUKER, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION )<br>COMMISSIONER, )<br>)<br>Defendant ) | CIVIL NO. 1:24-cv-00018-JAW |

## JUDGMENT

In accordance with the Order issued by U.S. District Judge John A. Woodcock, Jr., dated August 9, 2024, this case is REVERSED and REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

CHRISTA K. BERRY, CLERK

By: /s/ Stacey Graf
   Deputy Clerk

Dated: August 9, 2024